# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Lettow, Charles F. | 2. Court or Organization<br><br>U.S. Court of Federal Claims | 3. Date of Report<br><br>05/02/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. Ct. of Fed. Claims Judge -- Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐  Amended Report | 6. Reporting Period<br><br>01/01/2011<br>to<br>12/31/2011 |

| 7. Chambers or Office Address<br><br>National Courts Building<br>717 Madison Place, N.W.<br>Washington, DC 20005 |
|---|

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. President and Director | Busy Way Farms, Inc. (Subchapter S farm entity wholly owned by family members; position is not compensated) |
| 2. Partner | Homestead Partnership (small farm entity wholly owned by family members; position is not compensated) |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1/1/1993 | Cleary, Gottlieb, Steen & Hamilton retirement plan with former law firm, no control |
| 2. | (NOTE: An opinion from the Committee on Codes of Conduct dated June 13, 2003, considers that receipt of the retirement annuity provided under this plan accords |
| 3. | with the Code of Conduct for United States Judges.) |

| Name of Person Reporting | Date of Report |
|---|---|
| Lettow, Charles F. | 05/02/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2011 | Cleary, Gottlieb, Steen & Hamilton (retirement annuity) | $739,246.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Busy Way Farms, Inc. | July 11-17 | Iowa Falls, IA and Charleston, IL | trips to farms & meeting | transportation, meals & lodging |
| 2. | Busy Way Farms, Inc. | Sept. 22-24 | Iowa Falls, IA | trip to farms | transportation, meals & lodging |
| 3. | William Mitchell Law School | Sept. 25-26 | St. Paul, MN | program | lodging, meals and local transportation |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lettow, Charles F. | 05/02/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lettow, Charles F. | 05/02/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. 401(k) # 1 | A | Int./Div. | | | Distributed | 03/01/11 | L | | See Part VIII |
| 2. -Fidelity Worldwide Fd. | | | | | Sold | 02/04/11 | K | | |
| 3. -Fidelity Equity Income Fd. | | | | | Sold | 02/04/11 | K | C | |
| 4. IRA # 1 | B | Int./Div. | M | T | | | | | See Part VIII |
| 5. -Citibank Dep. Prog. | | | | | | | | | |
| 6. -AEE | | | | | | | | | |
| 7. -BGS | | | | | | | | | |
| 8. -CAT | | | | | Buy | 03/14/11 | J | | |
| 9. -CL | | | | | Buy | 03/14/11 | K | | |
| 10. -MWV | | | | | Buy | 03/14/11 | K | | |
| 11. -SJM | | | | | | | | | |
| 12. Brokerage Act. # 1 | | | | | | | | | |
| 13. -Citibank Dep. Program | A | Interest | K | T | | | | | |
| 14. -COF | A | Dividend | K | T | | | | | |
| 15. -COV | A | Dividend | J | T | | | | | |
| 16. -CL | B | Dividend | L | T | | | | | |
| 17. -EP | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lettow, Charles F. | 05/02/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -BBT | B | Dividend | K | T | | | | | |
| 19. FTR | A | Dividend | J | T | | | | | |
| 20. -GIS | C | Dividend | M | T | | | | | |
| 21. -ING | | None | J | T | | | | | |
| 22. -MRK | A | Dividend | K | T | | | | | |
| 23. -MMM (3M) | B | Dividend | L | T | | | | | |
| 24. -NOK | A | Dividend | J | T | | | | | |
| 25. -TEL | A | Dividend | J | T | | | | | |
| 26. -TYC | A | Dividend | J | T | Sold (part) | 12/19/11 | J | | |
| 27. -VZ | A | Dividend | J | T | | | | | |
| 28. -WFC | A | Dividend | K | T | | | | | |
| 29. -JNJ | B | Dividend | K | T | | | | | |
| 30. 401(k) # 2 | A | Int./Div. | | | Distributed | 02/15/11 | P1 | | See Part VIII |
| 31. -MFS Value R3 (name change) | | | | | Sold | 02/04/11 | L | D | |
| 32. -Fidelity Growth Co. K | | | | | Sold | 02/04/11 | N | | |
| 33. -Fidelity Worldwide Fund | | | | | Sold | 02/04/11 | N | F | |
| 34. -SIT Mid Cap Growth Fund | | | | | Sold | 02/04/11 | L | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lettow, Charles F. | 05/02/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Spartan US Eq Index Fund | | | | | Sold | 02/04/11 | N | | |
| 36. -Fid Asset Mgr. | | | | | Sold | 02/04/11 | N | E | |
| 37. -Inv. Cont. Fd. | | | | | Sold | 02/09/11 | P1 | | |
| 38. IRA # 2 | F | Int./Div. | P1 | T | | | | | See Part VIII |
| 39. -Citibank Dep. Program | | | | | | | | | |
| 40. -BBT | | | | | Buy | 03/09/11 | K | | |
| 41. | | | | | Buy | 03/31/11 | K | | |
| 42. | | | | | Buy | 05/18/11 | L | | |
| 43. -BGS | | | | | | | | | |
| 44. -CAT | | | | | Buy | 03/09/11 | K | | |
| 45. | | | | | Buy | 04/18/11 | K | | |
| 46. -CVX | | | | | | | | | |
| 47. -CL | | | | | Buy | 03/09/11 | K | | |
| 48. | | | | | Buy | 03/31/11 | K | | |
| 49. | | | | | Buy | 05/18/11 | L | | |
| 50. -CPO | | | | | | | | | |
| 51. -GE | | | | | Buy | 03/09/11 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lettow, Charles F. | 05/02/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy | 05/18/11 | K | | |
| 53. -MWV | | | | | Buy | 03/09/11 | K | | |
| 54. | | | | | Buy | 03/31/11 | L | | |
| 55. | | | | | Buy | 04/18/11 | K | | |
| 56. | | | | | Buy | 05/18/11 | L | | |
| 57. | | | | | Buy | 08/30/11 | K | | |
| 58. -PKG | | | | | Buy | 03/09/11 | M | | |
| 59. -PX | | | | | Buy | 03/09/11 | L | | |
| 60. | | | | | Buy | 04/18/11 | M | | |
| 61. -SJM | | | | | Buy | 03/09/11 | K | | |
| 62. | | | | | Buy | 03/31/11 | K | | |
| 63. | | | | | Buy | 04/18/11 | K | | |
| 64. | | | | | Buy | 08/30/11 | M | | |
| 65. -XOM | | | | | Buy | 03/09/11 | K | | |
| 66. | | | | | Buy | 05/18/11 | K | | |
| 67. -Legg Mason Equity Income Builder (SOPAX) | | | | | | | | | |
| 68. -Legg Mason Large Cap Growth Fund (SBLGX) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lettow, Charles F. | 05/02/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -U.S. Treasury Bonds | | | | | Redeemed (part) | 11/15/11 | K | | |
| 70. Brokerage Act. # 2 | | | | | | | | | |
| 71. -Morgan Stanley Tax-Free Daily Income Trust (name change) | A | Dividend | J | T | | | | | |
| 72. -AEE | D | Dividend | M | T | Sold (part) | 12/22/11 | K | D | |
| 73. -COF | C | Dividend | O | T | | | | | |
| 74. WFC | B | Dividend | L | T | Sold (part) | 11/03/11 | J | | |
| 75. -MWV | B | Dividend | K | T | Sold (part) | 11/03/11 | K | D | |
| 76. -PKG | D | Dividend | M | T | | | | | |
| 77. -PX | D | Dividend | N | T | | | | | |
| 78. -SJM | D | Dividend | M | T | Sold (part) | 11/03/11 | K | D | |
| 79. Brokerage Act. # 3 | | | | | | | | | |
| 80. -Citibank Dep. Program | A | Interest | J | T | | | | | |
| 81. -FITB | A | Dividend | K | T | | | | | |
| 82. -MWV | A | Dividend | J | T | Buy | 04/18/11 | J | | |
| 83. -PX | A | Dividend | J | T | Buy | 04/18/11 | J | | |
| 84. Brokerage Act. # 4 | | | | | | | | | |
| 85. -ML Bank Dep. Program | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lettow, Charles F. | 05/02/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -LNT | B | Dividend | J | T | Sold (part) | 12/22/11 | K | E | |
| 87. -BPT | C | Royalty | L | T | | | | | |
| 88. -CL | D | Dividend | O | T | | | | | |
| 89. -XOM | D | Dividend | N | T | | | | | |
| 90. -EP | A | Dividend | O | T | | | | | |
| 91. -BBT | D | Dividend | N | T | | | | | |
| 92. -ING | | None | K | T | | | | | |
| 93. Brokerage Act. # 5 | | | | | | | | | |
| 94. -PEP | D | Dividend | M | T | | | | | |
| 95. -QEP | B | Dividend | N | T | | | | | |
| 96. -STR | D | Dividend | N | T | | | | | |
| 97. -USAA Money Mkt. Fund | A | Dividend | J | T | | | | | |
| 98. USAA Money Mkt. Fund | A | Dividend | L | T | | | | | |
| 99. USAA VA Money Market Fund | A | Dividend | J | T | | | | | |
| 100. Mass Mutual Whole Life | A | Distribution | J | U | | | | | |
| 101. Thrivent Whole Life | A | Distribution | J | U | | | | | |
| 102. USAA Whole Life 1 | B | Distribution | K | U | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lettow, Charles F. | 05/02/2012 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 103. USAA Whole Life 2 | B | Distribution | K | U | | | | | |
| 104. Pacific Life Variable (Fixed LT Account) | E | Distribution | O | U | Buy | 04/25/11 | L | | |
| 105. USAA Subsc. Sav. Act. | A | Distribution | J | U | | | | | |
| 106. Busy Way Farms | E | Int./Div. | O | U | | | | | |
| 107. BB&T bank act | A | Interest | J | T | | | | | |
| 108. Homestead Partnership | C | Distribution | K | U | | | | | |
| 109. Stoneham Partners | A | Interest | P2 | U | Buy | 04/22/11 | K | | |
| 110. | | | | | Buy | 05/23/11 | L | | |
| 111. | | | | | Buy | 09/19/11 | M | | |
| 112. | | | | | Buy | 10/17/11 | L | | |
| 113. | | | | | Buy | 11/08/11 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lettow, Charles F. | 05/02/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

&ast; Regarding line 1 of Part VII, the assets in 401(k) # 1 were sold (see lines 2 and 3), and the resulting cash in the account was rolled over into IRA # 1 on 03/01/11. Securities were then purchased in IRA # 1, as shown on lines 8, 9, and 10.

&ast; Regarding line 30 of Part VII, the assets in 401(k) # 2 were sold (see lines 31, 32, 33, 34, 35, 36, and 37), and the resulting cash in the account was rolled over into IRA # 2 on 02/15/11. Securities were then purchased in IRA # 2, as shown on lines 40, 41, 42, 44, 45, 47, 48, 49, 51, 52, 53, 54, 55, 56, 57, 58, 59, 60, 61, 62, 63, 64, 65, and 66.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Charles F. Lettow**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544